**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 5, 2015**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DHYRU JAMAAL GILLIS,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 2113(a) |
| Defendant. | : | (Attempted Bank Robbery) |
| | : | 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| | : | |
| | : | **FOREFEITURE:** |
| | : | 18 U.S.C. § 981(a)(1)(C); |
| | : | 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about October 16, 2015, within the District of Columbia, **DHYRU JAMAAL GILLIS**, did willfully and unlawfully, by intimidation, attempt to take from the person or presence of another, money belonging to, and in the care, custody, control, management, and possession of the Citibank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Attempted Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about October 19, 2015, within the District of Columbia, **DHYRU JAMAAL GILLIS**, by intimidation, did take from the person or presence of another, money belonging to, and in the care, custody, control, management, and possession of the Suntrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One and Two, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $2,344.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

>(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia